## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 08-277 |
| v. | : | DATE FILED: _____ |
| **STEPHEN CHRISTOPHER PYLE** | : | VIOLATION: |
| | : | 18 U.S.C. § 871(a) (threat to kill and inflict bodily harm upon President of the United States – 3 counts) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about September 14, 2007, in Leesport, in the Eastern District of Pennsylvania and in the District of Columbia, defendant

**STEPHEN CHRISTOPHER PYLE**

knowingly and willfully deposited for conveyance in the mail and for delivery a letter containing a threat to take the life of and to inflict bodily harm upon George W. Bush, the President of the United States.

In violation of Title 18, United States Code, Section 871(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

In or about August 2007, in Leesport, in the Eastern District of Pennsylvania and in the District of Columbia, defendant

### STEPHEN CHRISTOPHER PYLE

knowingly and willfully made a threat to take the life of and to inflict bodily harm upon George W. Bush, the President of the United States.

In violation of Title 18, United States Code, Section 871(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about October 2, 2007, in Leesport, in the Eastern District of Pennsylvania and in the District of Columbia, defendant

**STEPHEN CHRISTOPHER PYLE**

knowingly and willfully made a threat to take the life of and to inflict bodily harm upon George W. Bush, the President of the United States.

In violation of Title 18, United States Code, Section 871(a).

A TRUE BILL:

_____
FOREPERSON

_____
**PATRICK L. MEEHAN**
**United States Attorney**

No. _____

# UNITED STATES DISTRICT COURT

*EASTERN DISTRICT OF PENNSYLVANIA*

*CRIMINAL DIVISION*

## THE UNITED STATES OF AMERICA

vs.

**STEPHEN CHRISTOPHER PYLE**

# INDICTMENT

18 U.S.C. § 871(a) (threat to kill and inflict bodily harm upon President of the United States - 3 counts)

*A true bill*

[signature]

*Foreman*

*Filed in open court this* _____ *day*

*of* _____ *A.D. 19* _____

_____

*Clerk*

*Bail, $* _____